UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GARNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 18-cv-01814-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This action for review of an administrative record is governed by Rule 16-5 of this Court's Civil Local Rules, which provides that a plaintiff must file a motion for summary judgment within twenty-eight days of receipt of the defendant's answer. Defendant Nancy Berryhill, Acting Commissioner of Social Security, served her answer by mail on Plaintiff Sarah Garner on December 3, 2018. *See* Answer (dkt. 15). More than sixty days have elapsed since the date of service and Garner has not filed a motion for summary judgment. Garner is therefore ORDERED TO SHOW CAUSE why this case should not be DISMISSED for failure to prosecute.

Garner shall file a response to this order no later than February 19, 2019. Her response must either include her motion for summary judgment or explain why she needs additional time. If no response is filed by that deadline, the case will be dismissed.

Garner, who is not represented by counsel, is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982, signing up in the appointment book located outside either office, or emailing federalprobonoproject@sfbar.org. Telephone appointments are available. Lawyers at

the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: February 4, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge